# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 21-3963-GW-PLAx |
| Date | September 12, 2022 |
| Title | *Dennis A. Rockwell, et al. v. Air and Liquid Systems Corporation, et al.* |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On September 9, 2022, Plaintiffs filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court now sets an order to show re: settlement hearing for November 14, 2022 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on November 11, 2022.

|  | : |
|---|---|
| Initials of Preparer | JG |