JS-6

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| DENNIS A. ROCKWELL and DAWN ROCKWELL,<br><br>  Plaintiffs,<br>vs.<br><br>AFTON PUMPS, INC., *et al*.<br><br>  Defendants. | Case No. CV 21-3963-GW-PLAx<br>**FINAL JUDGMENT** |

WHEREAS:

1. Plaintiffs commenced this action by the filing of a Complaint against multiple Defendants on May 11, 2021; and

2. No cross-complaints were filed; and

3. The Court entered orders granting summary judgment as to certain Defendants as follows:

   a. On June 16, 2022, the Court entered an order granting summary judgment to Defendant ASCO L.P. (Docket #521);

   b. On June 16, 2022, the Court entered an order granting summary judgment to Defendant Fisher Controls International, LLC (Docket #

521);

    c.    On August 1, 2022, the Court entered an order granting summary judgment to Defendants Foster Wheeler Energy Corporation and Foster Wheeler LLC (Docket # 545).

4.    All other Defendants have been dismissed with prejudice by stipulation or are dismissed by this Judgment.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED:

This action is dismissed in its entirety as to all Defendants and all causes of action. The Court retains jurisdiction over enforcement of settlements.

Dated: November 17, 2022

_____
HON. GEORGE H. WU,
United States District Judge